

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 28, 2021

  Orange County Superior Court – Justice Center
  700 Civic Center Drive West
  Santa Ana, CA 92701

Re:  Case Number: _____8:21–cv–01083–JLS–KES_____
      Previously Superior Court Case No. _____30–02021–01196267–CU–UD–CJC_____
      Case Name: _____Brian Cross v. Kenneth Whelan et al_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____6/24/2021_____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

                                                            Respectfully,

                                                            Clerk, U.S. District Court

                                                           By: _/s/ Jenny Lam_
                                                                Deputy Clerk
                                                                (Jenny_Lam@cacd.uscourts.gov)

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                                                            Clerk, Superior Court

_____                  By: _____
Date                                                        Deputy Clerk